been erected pursuant to a written agreement. The Appellate Division held that neither directly nor by implication was any right conferred to place window openings in the wall.

*George A. Spiegelberg* for appellant.

*Arnold J. Brock* and *Frank Veith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

PARISH AND BINGHAM CORPORATION, Appellant, *v.* LARRA-BEE-DEYO MOTOR TRUCK COMPANY, Respondent.

*Contract — sale — action to recover balance due for goods sold and delivered — counterclaim for damages from failure to deliver goods at time specified.*

*Parish & Bingham Corp.* v. *Larrabee-Deyo M. T. Co.*, 215 App. Div. 845, affirmed.

(Argued November 18, 1926; decided December 3, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 12, 1926, modifying and affirming as modified a judgment in favor of defendant entered upon the report of a referee. Plaintiff brought this action to recover a balance due from the defendant on the purchase price of a quantity of motor truck frames manufactured, sold and delivered by plaintiff to the defendant during the years 1920 and 1921, in pursuance of a written contract between the parties made in October, 1919, which contained an express warranty that the frames would be delivered on or before February 1, 1920. The defendant admitted the correctness of the balance claimed to be due and counterclaimed for special damages suffered by reason of plaintiff's breach of warranty to deliver the frames within the time specified by reason of which failure it was alleged the defendant was unable to fulfill its agreements to manufacture and deliver trucks to customers who canceled their orders on account of non-delivery.

*Archibald Howard* for appellant.

*Israel T. Deyo* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: HISCOCK, Ch. J., and LEHMAN, J.

---

MAURICE HOSCH, an Infant, by FRANCES LEVINE, His Guardian ad Litem, Respondent, *v.* NEW YORK TELEPHONE COMPANY, Appellant.

EDWARD HOSCH, Respondent, *v.* NEW YORK TELEPHONE COMPANY, Appellant.

*Assault — master and servant — action to recover for injury to a boy from assault by employee of defendant.*

*Hosch* v. *New York Telephone Co.* (2 cases), 216 App. Div. 848, affirmed.

(Argued November 19, 1926; decided December 3, 1926.)

APPEAL, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 26, 1926, affirming a judgment in favor of plaintiff entered upon a verdict. The first action was to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The second to recover for loss of services and expense by reason of such accident. It was alleged that an employee of defendant in the course of his employment attempted to take from the infant plaintiff a tool which he had picked up and while thus engaged threw him to the ground causing the injury complained of.

*Irving W. Young, Jr., Carl M. Abromeit, Cyrus F. Smythe* and *Charles T. Russell* for appellant.

*Jay S. Jones, Edward J. Fanning* and *Ralph G. Barclay* for respondent.

Judgment in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.